IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT BLAKE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5260

_____/

Opinion filed April 15, 2016.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Nancy A. Daniels, Public Defender; Colleen Dierdre Mullen, Steven L. Seliger, and Jennifer S. Morrissey, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate and Jillian Hope Reding, Assistant Attorneys General, Tallahassee, for Appellee.


PER CURIAM.

The State filed an Affidavit of Violation of Probation alleging appellant violated Condition 5 of an Order of Probation by committing two new law offenses. The affidavit also alleged that appellant violated Condition 10 of the Order of Probation by failing to pay for costs of supervision and court costs. Appellant was

subsequently convicted of one of the new law violations and acquitted of the other. In Blake v. State, Case No. 1D14-3888 (Fla. 1st DCA April __, 2016), we *per curiam* affirmed appellant's conviction for the new law violation; therefore, we affirm the revocation of probation on Condition 5.  However, we write to address appellant's second issue on appeal in which he argues that the written Order of Revocation of Probation does not conform to the oral pronouncement.

During the Violation of Probation hearing, the trial court orally pronounced that appellant was in violation of Condition 5, but not in violation of Condition 10. The written Order of Revocation of Probation stated that appellant violated Conditions 5 and 10 of the Order of Probation.

"Where there is a discrepancy between the oral pronouncement and the written sentence, we should remand for the trial court to conform the written sentence to the oral pronouncement." Frost v. State, 769 So. 2d 443, 444 (Fla. 1st DCA 2000).  Accordingly, this case is remanded with instructions for the written Order of Revocation of Probation to be conformed to the oral pronouncement.

AFFIRMED and REMANDED for correction.

ROBERTS, C.J., MAKAR and OSTERHAUS, JJ., CONCUR.